UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| TEAM SCHIERL COMPANIES and HEARTLAND FARMS, INC., on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>ASPIRUS, INC., and ASPIRUS NETWORK, INC.,<br><br>*Defendants.* | Civil Action No. 3:22-cv-00580-jdp<br><br>Hon. James D. Peterson, U.S.D.J.<br><br>Hon. Stephen L. Crocker, U.S.M.J. |

**STIPULATED MOTION FOR ENTRY OF ESI AGREEMENT AND PROTOCOL**

Pursuant to Rule 26(b) of the Federal Rules of Civil Procedure, Plaintiffs Team Schierl Companies and Heartland Farms, Inc., and Defendants Aspirus, Inc. and Aspirus Network, Inc., move the Court for entry of the attached ESI Agreement and Protocol.

The grounds for this motion are as follows:

1. Information discoverable in this dispute will, in large part, consist of electronically stored information ("ESI"), as contemplated by Rules 26(b)(2)(B)-(C) and 37(e).

2. The proposed ESI Agreement and Protocol is necessary to provide the parties with reasonable rules and limits governing the types of information to be preserved, collected, searched, reviewed and produced, as well as designate the types of information that do not need to be preserved, collected, searched, reviewed and produced. This agreement was negotiated by the parties in accordance with Rule 26(b)(1)'s relevance and proportionality directives and the Court's Standing Order Regarding ESI. Dkt. No. 33.

3. The ESI Agreement and Protocol, attached hereto, will facilitate discovery and will enable the parties to produce and obtain the information needed to prove and/or defend their respective cases, while reducing the burdens and expenses associated with preserving, collecting, searching, reviewing, and producing ESI. The ESI Agreement and Protocol also requires that the parties meet and confer and make a good faith attempt to resolve any disputes prior to seeking relief for any ESI-related discovery disputes from the Court.

WHEREFORE, the parties jointly request that the Court enter the attached ESI Agreement and Protocol Order.

Dated this 9th day of June, 2023

Respectfully submitted,

| | |
|---|---|
| */s/ Timothy W. Burns* | */s/ R. Brendan Fee* |
| Timothy W. Burns | R. Brendan Fee (*pro hac vice*) |
| Leakhena Au | Zachary M. Johns (*pro hac vice*) |
| **BURNS BAIR LLP** | Vincent C. Papa (*pro hac vice*) |
| 10 E. Doty Street, Suite 600 | Olanike A. Steen (*pro hac vice*) |
| Madison, WI 53703 | **MORGAN, LEWIS & BOCKIUS LLP** |
| Phone: (608) 286-2808 | 1701 Market Street |
| tburns@burnsbair.com | Philadelphia, PA 19103-2921 |
| lau@burnsbair.com | T: 215-963-5000 |
| | brendan.fee@morganlewis.com |
| Daniel J. Walker (*pro hac vice*) | zachary.johns@morganlewis.com |
| Robert E. Litan (*pro hac vice*) | vincent.papa@morganlewis.com |
| **BERGER MONTAGUE PC** | nicky.steen@morganlewis.com |
| 2001 Pennsylvania Avenue, NW | |
| Suite 300 | Kenneth M. Kliebard (*pro hac vice*) |
| Washington, DC 20006 | **MORGAN, LEWIS & BOCKIUS LLP** |
| Phone: (202) 559-9745 | 110 North Wacker Drive |
| dwalker@bm.net | Chicago, IL 60606-1511 |
| rlitan@bm.net | T: 312-324-1000 |
| | kenneth.kliebard@morganlewis.com |
| Eric L. Cramer (*pro hac vice*) | |
| Shanon J. Carson | Ryan Kantor (*pro hac vice*) |
| Abigail J. Gertner (*pro hac vice*) | **MORGAN, LEWIS & BOCKIUS LLP** |
| Robert C.S. Berry (*pro hac vice*) | 1111 Pennsylvania Avenue, NW |
| **BERGER MONTAGUE PC** | Washington, DC 20004-2541 |
| 1818 Market Street, Suite 3600 | |

Philadelphia, PA 19103
Phone: (215) 875-3000
ecramer@bm.net
scarson@bm.net
agertner@bm.net
rberry@bm.net

Jamie Crooks (*pro hac vice*)
**FAIRMARK PARTNERS LLP**
1825 7th Street, NW, Suite 821
Washington, DC 20001
Phone: 619-507-4182
jamie@fairmarklaw.com

*Counsel for Plaintiffs and the Proposed Class*

T:  202-739-3000
ryan.kantor@morganlewis.com

Daniel Conley
Nathan Oesch
**QUARLES & BRADY LLP**
411 East Wisconsin Avenue
Milwaukee, Wisconsin  53202
(414) 277-5000
daniel.conley@quarles.com
nathan.oesch@quarles.com

Matthew Splitek
**QUARLES & BRADY LLP**
33 East Main Street, Suite 900
Madison, Wisconsin  53703
(608) 251-5000
matthew.splitek@quarles.com

*Attorneys for Defendants*
*Aspirus, Inc. and Aspirus Network, Inc.*