UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| TEAM SCHIERL COMPANIES and HEARTLAND FARMS, INC., on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>ASPIRUS, INC., and ASPIRUS NETWORK, INC.,<br><br>*Defendants.* | Civil Action No. 3:22-cv-00580-jdp<br><br>Hon. James D. Peterson, U.S.D.J.<br><br>Hon. Stephen L. Crocker, U.S.M.J. |

**ORDER ENTERING STIPULATED ESI AGREEMENT AND PROTOCOL**

**WHEREFORE**, the parties have jointly moved and stipulated to the entry of the certain provisions regarding the discovery of electronically stored information ("ESI") and the format of document productions in this matter, based upon the file and proceedings in this matter, and for good cause shown, the attached Stipulated ESI Agreement and Protocol is hereby entered by the Court.

Date: _____

So ordered: _____

Honorable Stephen L. Crocker
United States Magistrate Judge