March 1, 2024

**VIA ECF FILING**

Magistrate Judge Stephen L. Crocker
United States District Court
120 N. Henry St., Rm. 320
Madison, WI 53703

Re:   *Team Schierl Cos. et al. v. Aspirus, Inc. et al.*, 3:22-cv-00580-jdp (W.D. Wis.)
      **Status Update on Plaintiffs' First Sets of Interrogatories**

Dear Judge Crocker,

   Per the Court's Order (ECF 67), the parties provide the following report on their negotiations pertaining to Plaintiffs' First Sets of Interrogatories to Aspirus, Inc. (Aspirus) and Aspirus Network, Inc. (ANI). The parties met and conferred on February 2, 2024 and February 26, 2024, and exchanged various correspondence. Defendants served verified versions of Aspirus's and ANI's Third Supplemental Responses and Objections to Plaintiffs' First Sets of Interrogatories on February 29, 2024. Plaintiffs are evaluating these amended responses and determining whether further responses are required, whether further meeting and conferring would be appropriate, and/or whether a renewed motion to compel would be appropriate. Defendants have informed Plaintiffs that Aspirus and ANI are available to meet and confer further as appropriate. The parties will advise the Court if they require further assistance in this matter.

Respectfully,

*/s/ Daniel J. Walker*
Daniel J. Walker
BERGER MONTAGUE PC
1001 G Street, NW, Suite 400 East
Washington, DC 20001
Phone: (202) 559-9745
dwalker@bm.net

*/s/ Timothy W. Burns*
BURNS BAIR LLP
10 E Doty Street, Suite 600
Madison, WI 53703-3392
Phone: (608) 286-2808
tburns@burnsbair.com

*Counsel for Plaintiffs*

*/s/ Zachary M. Johns*
Zachary M. Johns
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA  19103-2921
Phone: (215) 963-5000
zachary.johns@morganlewis.com

*Counsel for Defendants*