UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| TEAM SCHIERL COMPANIES and HEARTLAND FARMS, INC., on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>ASPIRUS, INC., and ASPIRUS NETWORK, INC.,<br><br>　　　　　　Defendants. | Civil Action No. 3:22-cv-00580 |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF ROBERT C. S. BERRY

　　PLEASE TAKE NOTICE that counsel of record hereby withdraws the appearance of attorney Robert C. S. Berry as attorney of record for Team Schierl Companies and Heartland Farms, Inc. (collectively "Plaintiffs") in this action. Attorney Berry is no longer associated with the law firm Berger Montague PC.

Dated: May 10, 2024

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Daniel J. Walker*
　　　　　　　　　　　　　　　　　　　　Daniel J. Walker
　　　　　　　　　　　　　　　　　　　　Robert E. Litan
　　　　　　　　　　　　　　　　　　　　BERGER MONTAGUE PC
　　　　　　　　　　　　　　　　　　　　1001 G Street, NW
　　　   　　　　　　　　　　　　　　　　Suite 400 East
　　　　　　　　　　　　　　　　　　　　Washington, DC 20001
　　　　　　　　　　　　　　　　　　　　Phone: (202) 559-9745
　　　　　　　　　　　　　　　　　　　　dwalker@bm.net
　　　　　　　　　　　　　　　　　　　　rlitan@bm.net

Eric L. Cramer
Shanon J. Carson
Abigail J. Gertner
BERGER MONTAGUE PC
1818 Market Street
Suite 3600
Philadelphia, PA 19103
Phone: (215) 875-3000
ecramer@bm.net
scarson@bm.net
agertner@bm.net

*Counsel for Team Schierl Companies and Heartland Farms, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2024 I electronically filed the foregoing Notice of Withdrawal of Robert C. S. Berry via the CM/ECF System, and thereby caused to be served on all counsel of record registered to receive such service.

*/s/ Daniel J. Walker*