**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| TEAM SCHIERL COMPANIES and HEARTLAND FARMS, INC., on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>ASPIRUS, INC. and ASPIRUS NETWORK, INC.,<br><br>*Defendants* | No. 3:22-cv-00580-jdp<br><br>Hon. James D. Peterson, U.S.D.J.<br><br>Hon. Anita M. Boor, U.S.M.J. |

**DECLARATION OF DANIEL J. WALKER**
**IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR**
**MOTION FOR CLASS CERTIFICATION**

I, Daniel J. Walker, hereby declare as follows:

1. I am a Shareholder of the law firm Berger Montague PC, one of the firms representing Plaintiffs Team Schierl Companies and Heartland Farms, Inc. ("Plaintiffs") and the proposed Class. I am a member in good standing of the bars of the District of Columbia and the State of New York. I have personal knowledge of the information set forth in this declaration, and if called as a witness to testify could and would testify competently to the following facts. I make this declaration in support of Plaintiffs' Reply in Support of their Motion for Class Certification.

2. The following documents are cited by Plaintiffs and are attached hereto. Plaintiffs are filing some of these documents under seal because they contain information designated as confidential under the protective order in this case, ECF 60 & 61.

3. Exhibit 1 is a true and correct copy of an unpublished order filed in *In re NorthShore University Healthsystem Antitrust Litigation*, No. 7-C-4446 (N.D. Ill. Apr. 9, 2019), ECF No. 1072.

4. Exhibit 2 is a true and correct copy of Plaintiff Team Schierl Companies' First Amended Responses and Objections to Interrogatory No. 22 of ANI's First Set of Interrogatories, dated May 15, 2025. This exhibit is filed under seal.

5. Exhibit 3 is a true and correct copy of Plaintiff Heartland Farms' First Amended Responses and Objections to Interrogatory No. 22 of ANI's First Set of Interrogatories, dated May 15, 2022. This exhibit is filed under seal.

6. Exhibit 4 is a true and correct copy of a Run Out Services Agreement between Aither Health LLC and Heartland Farms, Inc. with an effective period of January 1, 2022 through June 30, 2022, bearing Bates numbers AITHER00035 through AITHER0038. This exhibit is filed under seal.

7. Exhibit 5 is a true and correct copy of an Administrative Services Agreement between Team Schierl Companies and Aither Health LLC, effective January 1, 2021, bearing Bates numbers AVERGENT000027 through AVERGENT000060. This exhibit is filed under seal.

8. Exhibit 6 is a true and correct copy of Phillip E. Areeda & Herbert Hovenkamp, *Antitrust Law: An Analysis of Antitrust Principles and Their Application* ¶ 391 (4th & 5th ed. 2025).

9. Exhibit 7 is a true and correct copy of an excerpt from ABA Section of Antitrust Law, *Proving Antitrust Damages: Legal and Economic Issues* (2d ed. 2010).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on August 13, 2025, in Washington, D.C.

*/s/ Daniel J. Walker*
Daniel J. Walker

Timothy W. Burns
Nathan M. Kuenzi
**BURNS BAIR LLP**
10 E. Doty Street, Suite 600
Madison, WI 53703
Phone: (608) 286-2808
tburns@burnsbair.com
nkuenzi@burnsbair.com

Daniel J. Walker
Robert E. Litan
**BERGER MONTAGUE PC**
1001 G Street, NW
Suite 400E
Washington, DC 20001
Phone: (202) 559-9745
dwalker@bm.net
rlitan@bm.net

Eric L. Cramer
Zachary D. Caplan
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Phone: (215) 875-3000
ecramer@bm.net
zcaplan@bm.net

Jamie Crooks
Michael Lieberman
Amanda R. Vaughn
**FAIRMARK PARTNERS LLP**
400 7th Street NW, Suite 304
Washington, DC 20004
Phone: 619-507-4182
jamie@fairmarklaw.com
michael@fairmarklaw.com
amanda@fairmarklaw.com

*Counsel for Plaintiffs and the Proposed Class*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 13, 2025, a true and correct copy of the foregoing was filed with the Court via the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record. In addition, a true and correct copy of the sealed version was served upon counsel of record for Defendants via email.

Dated: August 13, 2025

*/s/ Timothy W. Burns*
Timothy W. Burns