# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| TEAM SCHIERL COMPANIES and HEARTLAND FARMS, INC., on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> ASPIRUS, INC. and ASPIRUS NETWORK, INC., <br><br> *Defendants*. | Civil Action No. 3:22-cv-00580-jdp <br><br> Hon. James D. Peterson, U.S.D.J. <br> Hon. Anita M. Boor, U.S.M.J. |

## DEFENDANTS' LIMITED MOTION TO EXCLUDE
## ANTITRUST INJURY RELATED
## OPINIONS AND TESTIMONY OF PROFESSOR DAVID DRANOVE

Pursuant to the Court's February 2, 2026 Opinion and Order permitting this limited motion, Dkt. 241, Defendants Aspirus, Inc. and Aspirus Network, Inc. respectfully move for an Order excluding Professor David Dranove's opinions and testimony relating to the antitrust injury element of Plaintiffs' claims. For the reasons set forth in the accompanying Memorandum of Law, Dranove's opinions and testimony relating to antitrust injury are inadmissible under Federal Rules of Evidence 702 and 403 and *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993), and should be excluded.

[*Signatures appear on next page*]

Dated: February 25, 2026

Daniel Conley
Nathan Oesch
QUARLES & BRADY LLP
411 East Wisconsin Avenue
Milwaukee, WI 53202
T: 414-277-5000
F: 414-271-3552
daniel.conley@quarles.com
nathan.oesch@quarles.com


Matthew Splitek
QUARLES & BRADY LLP
33 East Main Street, Suite 900
Madison, WI 53703
T: 608-251-5000
F: 608-251-9166
matthew.splitek@quarles.com

Respectfully submitted,

*/s/ Zachary M. Johns*
Steven A. Reed (*pro hac vice*)
R. Brendan Fee (*pro hac vice*)
Zachary M. Johns (*pro hac vice*)
Vincent C. Papa (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103-3007
T: 215-963-5000
F: 215-963-5001
steven.reed@morganlewis.com
brendan.fee@morganlewis.com
zachary.johns@morganlewis.com
vincent.papa@morganlewis.com

Kenneth M. Kliebard (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
110 North Wacker Drive
Chicago, IL 60606-1511
T: 312-324-1000
F: 312-324-1001
kenneth.kliebard@morganlewis.com

Ryan Kantor (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
T: 202-739-3000
F: 202-739-3001
ryan.kantor@morganlewis.com

*Attorneys for Defendants,*
*Aspirus, Inc. and Aspirus Network, Inc.*