**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

|  |  |
|---|---|
| TEAM SCHIERL COMPANIES and HEARTLAND FARMS, INC., on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>       v.<br><br>ASPIRUS, INC. and ASPIRUS NETWORK, INC.,<br><br>     *Defendants*. | No. 3:22-cv-00580-jdp<br><br>Hon. James D. Peterson, U.S.D.J.<br><br>Hon. Anita M. Boor, U.S.M.J. |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by the Parties that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the claims of Plaintiffs Team Schierl Companies and Heartland Farms, Inc. against Defendants Aspirus, Inc. and Aspirus Network, Inc. are voluntarily dismissed with prejudice.

Dated: March 18, 2026

Respectfully submitted,

  /s/ Jamie Crooks
Timothy W. Burns
Nathan M. Kuenzi
**BURNS BAIR LLP**
10 E. Doty Street, Suite 600
Madison, WI 53703
Phone: (608) 286-2808
tburns@burnsbair.com
nkuenzi@burnsbair.com

Daniel J. Walker
Robert E. Litan
**BERGER MONTAGUE PC**

1

1001 G Street, NW, Suite 400E
Washington, DC 20001
Phone: (202) 559-9745
dwalker@bergermontague.com
rlitan@bergermontague.com

Eric L. Cramer
Zachary D. Caplan
Sarah R. Zimmerman
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Phone: (215) 875-3000
ecramer@bergermontague.com
zcaplan@bergermontague.com
szimmerman@bergermontague.com

Jamie Crooks
Michael Lieberman
Amanda R. Vaughn
**FAIRMARK PARTNERS LLP**
400 7th Street NW, Suite 304
Washington, DC 20004
Phone: 619-507-4182
jamie@fairmarklaw.com
michael@fairmarklaw.com
amanda@fairmarklaw.com

*Counsel for Plaintiffs and the Proposed Class*

Daniel Conley
Nathan Oesch
QUARLES & BRADY LLP
411 East Wisconsin Avenue
Milwaukee, Wisconsin 53202
T: 414-277-5000
daniel.conley@quarles.com
nathan.oesch@quarles.com

/s/ Zachary M. Johns
Steven A. Reed (*pro hac vice*)
Zachary M. Johns (*pro hac vice*)
R. Brendan Fee (*pro hac vice*)
Vincent C. Papa (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103-2921
T: 215-963-5000
steven.reed@morganlewis.com
brendan.fee@morganlewis.com
zachary.johns@morganlewis.com
vincent.papa@morganlewis.com

2

Matthew Splitek
QUARLES & BRADY LLP
33 East Main Street, Suite 900
Madison, Wisconsin 53703
T: 608-251-5000
matthew.splitek@quarles.com

Kenneth M. Kliebard (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
110 North Wacker Drive
Chicago, IL 60606-1511
T: 312-324-1000
kenneth.kliebard@morganlewis.com

Ryan Kantor (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
T: 202-739-3000
ryan.kantor@morganlewis.com

*Attorneys for Defendants,*
*Aspirus, Inc. and Aspirus Network, Inc.*

3